Gary L. WILSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 38959.

Missouri Court of Appeals,
Western District.

Dec. 15, 1987.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 2, 1988.

Application to Transfer Denied
March 15, 1988.

David S. Durbin, Asst. Public Defender,
Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, P.J., and TURNAGE
and MANFORD, JJ.

PER CURIAM.

After conviction for first degree assault
and an unsuccessful direct appeal, Gary L.
Wilson sought post-conviction relief under
Rule 27.26. The motion was denied and
this appeal followed.

The record indicates that the subject offense was committed at a time when Wilson was on parole from a sentence imposed in the federal court. In consequence, that parole was revoked and Wilson was returned to federal custody to serve the remainder of that sentence. He is not now and never has been in state custody serving the sentence from which relief was sought under the Rule 27.26 motion.

Under these circumstances, Wilson fails to satisfy the Rule 27.26(b)(1) jurisdictional prerequisite of being "in custody" as that term is defined in *Lalla v. State*, 463 S.W.2d 797, 801 (Mo.1971). Therefore, the trial court lacked jurisdiction to entertain the motion, *see Peterson v. State*, 476 S.W.2d 608 (Mo.1972), and this court is likewise without jurisdiction to hear the appeal.

The appeal is dismissed.

All concur.